# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

KEVIN J. SKELLY
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966 8314 F: (973) 210 8539
kskelly@daypitney.com

May 3, 2013

**VIA ELECTRONIC FILING**

Honorable Madeline C. Arleo
United States Magistrate Judge
King Fed. Bldg & United States Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    Patient Care Associates, LLC a/s/o J.L. v. Quest Diagnostics Incorporated
             Docket No.: 2:13-cv-02399 (KM)(MCA)

Dear Judge Arleo:

    This firm represents defendant Quest Diagnostics Incorporated in the above-referenced matter. We submit with the consent of plaintiff's counsel the enclosed proposed order to extend the time for defendant to respond to the complaint to allow for the substitution of defense counsel. Defendant's answer is currently due on May 6, 2013. We respectfully request an additional 14 days to respond to the complaint.

    Thank you for your consideration of this proposed order.

                                          Respectfully submitted,

                                          Kevin J. Skelly

cc:    Andrew Bronsnick, Esq. (via ECF and e-mail w/encl)

84738123.1